

RECEIVED
MAR 3 0 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## ALEXANDRIA DIVISION

| | |
|---|---|
| **INDEPENDENT TURTLE FARMERS OF LOUISIANA, INC.** | **CIVIL ACTION NO. 1:07-cv-00856** |
| -vs- | **JUDGE DRELL** |
| **UNITED STATES OF AMERICA, et al.** | **MAGISTRATE JUDGE KIRK** |

## J U D G M E N T

For the reasons detailed in a separate ruling issued on this date, the Court's disposition as to each of the motions pending in this case are as follows:

(1)    the Plaintiff's Motion to Supplement the Administrative Record **(Doc. 45)** is **GRANTED IN PART AND DENIED IN PART**.

    (a)    The following documents are added to the administrative record (Doc. 5):

        (i)    email communications exchanged among FDA officials discussing the Plaintiff's petition (Bates Nos. 2136-37, 2138, 2138, 3264); and

        (ii)    a letter from Dr. Mark Mitchell sent to the FDA in December 2005 (Bates Nos. 2833-35).

    (b)    The following documents were considered as extra-record evidence:

        (i)    newspaper articles, publications, and correspondence among FDA officials (Bates Nos. 2026, 2067-71, 2179-83,

2239-40, 2267-69, 2311-22, 2333-35, 2337-39, 2397-98, 2462-64, 2465-67, 2468, 2469-74, 2582, 2583, 2584, 2585-86, 2589-90, 2605-08, 2746, 2749, 2766, 2768, 2787-90, 2791-92, 2795-96, 2897-98, 3034, 3055-72, 3102-03); and

(ii)   four scientific and journalistic publications which postdate the Food and Drug Administration's ("FDA's") May 31, 2006 denial of the Plaintiff's petition (Bates Nos. 1985-93, 2008-14, 2052-59, 2060-66).

(c)   The following documents are not added to the administrative record and were not considered as extra-record evidence:

(i)   five letters written to the FDA after its May 31, 2006 decision (Bates Nos. 2041-42, 2043-44, 2045-46, 2840-44, 2845-46);

(ii)   the analysis of a 1987 Michigan state senate bill (Bates Nos. 2682-83);

(iii)   a memorandum containing suggested language fir tge 2005 U.S. congressional appropriations bill (Bates No. 3026); and

(iv)   three letters from Nathan Sharff to the FDA (Bates Nos. 2717, 2718, 2719).

(2)   the Defendants' Motion to Supplement the Administrative Record **(Doc. 46)** is **GRANTED**.  Three memoranda prepared by FDA employees, and attached to the Defendants' motion as Exhibits A-C (Bates Nos. 2073-74,

2075, 2080-87) are added to the administrative record (Doc. 5).

(3)     the Plaintiff's Motion for Summary Judgment **(Doc. 58)** is **GRANTED IN PART AND DENIED IN PART**.

(4)     the Defendants' Motion for Summary Judgment **(Doc. 60)** is **GRANTED IN PART AND DENIED IN PART**.

Accordingly, this case is hereby **remanded to the FDA for further proceedings consistent with this judgment and the ruling issued on this date.  The clerk is requested to close this case.**

SIGNED on this 29 day of March, 2010 at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE